Arnold & Porter

**Ryan Hartman**
+1 713.576.2438 Direct
Ryan.Hartman@arnoldporter.com

October 23, 2026

**VIA ECF**

The Honorable Peter Bray
U.S. District Court, Southern District of Texas
Houston Division
515 Rusk Avenue
Houston, TX 77002

Re: *In Re Application Of Ovik Mkrtchyan For An Order To Take Discovery For Use In Foreign Proceedings Pursuant To 28 U.S.C. § 1782*, 4:25-mc-01950

Dear Judge Bray:

Pursuant to the Court's September 22 Order (ECF No. 26) and the Parties' October 21 joint letter, the Parties write to provide a further status update.

On October 20, the Parties jointly moved for an entry of protective order in this matter (ECF No. 28), which the Court granted on October 21 (ECF No. 29). Respondents served their production on October 22. The production comprises approximately 1,500 pages, which Petitioner's counsel is currently reviewing.

To allow time for review, the parties have agreed to provide a further status update to the Court by November 6, 2026, advising whether any issues require the Court's attention.

Respectfully submitted,

| | |
|---|---|
| */s/David Isaak (by permission* | */s/Ryan P. Hartman* |
| David Isaak | Ryan P. Hartman |
| (Attorney-in-Charge) | (Attorney-in-Charge) |
| Texas Bar 24012887 | Texas Bar 24050727 |
| S.D. Tex. Bar No. 26694 | S.D. Tex. Bar No. 608056 |
| STEPTOE LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
| 717 Texas Avenue, Suite 2800 | 811 Main Street, Suite 1800 |
| Houston, TX 77002 | Houston, TX 77002 |
| Telephone: (713) 221-2330 | Telephone: (713) 576-2438 |
| Email: disaak@steptoe.com | Email: ryan.hartman@arnoldporter.com |
| *Attorney for Respondents* | *Attorney for Petitioner* |